**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**
**DAVENPORT DIVISION**

**JUDGMENT IN A CIVIL CASE**

ENTERTAINMENT TONIGHT L.C.
d/b/a DAISY DOOKS,

        **CASE NO.: 3:03-cv-90078**

    Plaintiff,

v

THOMAS P. ROEMER,

    Defendant.

_____ **JURY VERDICT .** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_**XXX**\_\_ **DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED: Defendant's motion for summary judgment is granted.

Date: April 15, 2004

*James Rosenbaum*
James Rosenbaum, Clerk
U.S. District Court

47        24 OJ 117

FILED 4/15/2004 11:42:44 AM, USDC, Southern District of Iowa